# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGG PHILLIP LISNER,
               Appellant,
vs.
COLIN E. HUMPHREY,
               Respondent.

No. 73897

**FILED**

OCT 24 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying an appeal from a justice court eviction decision and remanding to the justice court. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Ronald J. Israel, District Judge
Gregg Phillip Lisner
Colin E. Humphrey
Eighth District Court Clerk

Supreme Court
OF
NEVADA

(O) 1947A